B104 (FORM 104) (08/07)

| **ADVERSARY PROCEEDING COVER SHEET**<br>(Instructions on Reverse) | **ADVERSARY PROCEEDING NUMBER**<br>(For Court Use Only) |
|---|---|
| **PLAINTIFFS**<br>Charles M. Laverty<br>5 Victoria Terrace<br>Millbury, MA 01527 | **DEFENDANTS**<br>Lachance Financial Services, Inc.<br>5 Mount Royal Avenue<br>Marlborough, MA 01752 |
| **ATTORNEYS** (Firm Name, Address, and Telephone No.)<br>Vladimir von Timroth<br>Law Office of Vladimir von Timroth<br>679 Pleasant Street<br>Paxton, MA 01612<br>508 753-2006 Fax: 508 753-2002 | **ATTORNEYS** (If Known)<br>Robert Adler, Esq.<br>Seder & Chandler<br>339 Main Street<br>Worcester, MA 01608 |
| **PARTY** (Check One Box Only)<br>[X] Debtor  [ ] U.S. Trustee/Bankruptcy Admin<br>[ ] Creditor  [ ] Other<br>[ ] Trustee | **PARTY** (Check One Box Only)<br>[ ] Debtor  [ ] U.S. Trustee/Bankruptcy Admin<br>[X] Creditor  [ ] Other<br>[ ] Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUES INVOLVED)
Determination of Secured Nature of Debt 11 U.S.C. section 506

## NATURE OF SUIT
(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) - Recovery of Money/Property**
[ ] 11-Recovery of money/property - §542 turnover of property
[ ] 12-Recovery of money/property - §547 preference
[ ] 13-Recovery of money/property - §548 fraudulent transfer
[ ] 14-Recovery of money/property - other

**FRBP 7001(2) - Validity, Priority or Extent of Lien**
[X] 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) - Approval of Sale of Property**
[ ] 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) - Objection/Revocation of Discharge**
[ ] 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) - Revocation of Confirmation**
[ ] 51-Revocation of confirmation

**FRBP 7001(6) - Dischargeability**
[ ] 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
[ ] 62-Dischargeability - §523(a)(2), false pretenses,
    false representation, actual fraud
[ ] 67-Dischargeability - §523(a)(4), fraud as fiduciary,
    embezzlement, larceny

**(continued next column)**

**FRBP 7001(6) - Dischargeability (continued)**
[ ] 61-Dischargeability - §523(a)(5), domestic support
[ ] 68-Dischargeability - §523(a)(6), willful and malicious injury
[ ] 63-Dischargeability - §523(a)(8), student loan
[ ] 64-Dischargeability - §523(a)(15), divorce or separation obligation
    (other than domestic support)
[ ] 65-Dischargeability - other

**FRBP 7001(7) - Injunctive Relief**
[ ] 71-Injunctive relief - imposition of stay
[ ] 72-Injunctive relief - other

**FRBP 7001(8) Subordination of Claim or Interest**
[ ] 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
[ ] 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
[ ] 01-Determination of removed claim or cause

**Other**
[ ] SS-SIPA Case - 15 U.S.C. §§78aaa *et.seq.*
[ ] 02-Other (e.g. other actions that would have been brought in state
    court if unrelated to bankruptcy case)

| [ ] Check if this case involves a substantive issue of state law | [ ] Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| [ ] Check if a jury trial is demanded in complaint | Demand $ **N/A** |
| Other Relief Sought | |

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES |||||
|---|---|---|---|---|
| NAME OF DEBTOR<br>Charles M. Laverty ||| BANKRUPTCY CASE NO.<br>07-42015 ||
| DISTRICT IN WHICH CASE IS PENDING<br>District of Massachusetts || DIVISION OFFICE | NAME OF JUDGE ||
| **RELATED ADVERSARY PROCEEDING (IF ANY)** |||||
| PLAINTIFF || DEFENDANT | ADVERSARY PROCEEDING NO. ||
| DISTRICT IN WHICH ADVERSARY IS PENDING || DIVISION OFFICE | NAME OF JUDGE ||
| SIGNATURE OF ATTORNEY (OR PLAINTIFF)<br><br>/s/ Vladimir von Timroth<br>Vladimir von Timroth |||||
| DATE<br>10/18/2007 || PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>Vladimir von Timroth |||

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form 104, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 104 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Plaintiffs and Defendants.** Give the names of the plaintiffs and defendants exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys, if known.

**Party.** Check the most appropriate box in the first column for the plaintiffs and the second column for the defendants.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not represented by an attorney, the plaintiff must sign.

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MASSACHUSETTS
### WESTERN DIVISION

_____

**In re:**

      **CHARLES M. LAVERTY,**        **Chapter 13**
        **Debtor**       **Case #:  07-42015-JBR**

_____

**CHARLES M. LAVERTY,**
        **Plaintiff,**       **Adv. Pro. #:**

**vs.**

**LACHANCE FINANCIAL SERVICES, INC.**
        **Defendant.**

_____

### ADVERSARY PROCEEDING COMPLAINT

### NATURE OF THIS ACTION

This action is brought by the Plaintiff, pursuant to § 506(a) and (b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 3012 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), seeking determination, by this Court, of the secured status of claim of Defendant, Lachance Financial Services, Inc. (hereinafter the "Lachance"), allegedly secured by a lien on the property located at 5 Victoria Terrace, Millbury, Massachusetts.

### JURISDICTION AND VENUE

1. This is a core proceeding under 28 U.S.C. § 157(b)(2)(B) and (O).  This Court has jurisdiction over this proceeding pursuant to 28 U.S.C. §§ 157 and 1334. The statutory predicates for the relief requested herein are Bankruptcy Code §§ 502 and 506(a) and (b) and Bankruptcy Rule 3012.

2. Venue in this Court is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

## PARTIES

3. The Plaintiff/Debtor, Charles M. Laverty, is an individual who resides at 5 Victoria Terrace Millbury, Massachusetts. The Plaintiff filed Chapter 13 Bankruptcy Petition on or about May 29, 2007 (hereinafter the "Petition Date").

4. The Defendant, Lachance, is a Massachusetts corporation with the principal place of business at 5 Mount Royal Avenue, Marlborough, Massachusetts.

## STATEMENT OF FACTS

5. The Plaintiff, Laverty, owns and operates a plumbing contracting business incorporated under the name Chuck Laverty & Son Contracting, Inc..(hereinafter "CLSC").

6. On or about November 22, 2007 the Plaintiff, on behalf of CLSC entered in an Equipment Lease with Lachance (hereinafter the "Equipment Lease"). Pursuant to the Equipment Lease CLSC granted Lachance a security interest in various computer equipment owned by CLSC. On or about November 27, 2007, Lachance recorded a financing statement by filing a UCC-1 with the Secretary of the Commonwealth. (Exhibit "A")

7. On or about December 12, 2006, Laverty executed an Equipment Lease Guaranty.(Exhibit "B").

8. On or about December 8, 2006, Laverty executed a Mortgage in the amount of $112,953.00 in favor of Lachance, collateralizing his principal residence at 5 Victoria Terrace, Millbury Massachusetts (hereinafter the "Property") to secure payment under the Equipment Lease (Exhibit "C").

9. On information and belief, on the Petition Date, the fair market value of the Property was $575,000.00.

10. On the Petition Date the Property was subject to the first mortgage in favor of Fremont Investment & Loans (hereinafter the "First Mortgage") in the amount $630,000.00 which was duly recorded in Worcester County Registry of Deeds, Book 37299 Page 172.

2

## COUNT I

11. The Plaintiff reasserts and restates the allegations contained in paragraphs 1 through 10 above.

12. The Plaintiff requests that this Court determine the secured status of Lachance's claim 11 U.S.C. § 506(a) and (b).

WHEREFORE, the Plaintiff requests that this Court determine the secured status of Defendant's lien or other interest in the Debtor's property under 11 U.S.C. § 506(a) and (b) and to grant such other and further relief as this Court deems just and appropriate.

 

CHARLES M. LAVERTY,
by his counsel:

*/s/ Vladimir von Timroth*

---

Vladimir von Timroth, Esq., BBO #643553
Law Office of Vladimir von Timroth
679 Pleasant Street
Paxton, MA 01612
(508) 753-2006
(508) 753-2002 Fax
vontimroth@gmail.com

Dated: *October 18, 2007*